AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  ANDERSON, III, ROBERT L | 2. Court or Organization  11TH CIR. COURT OF APPEALS | 3. Date of Report  05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. CIRCUIT JUDGE (active) | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  56 FORSYTH STREET, N.W.  ATLANTA, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  FELLOW | AMERICAN BAR FOUNDATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/7/07 | R. Lanier Anderson, III/Chas. Schwab & Co. Cust/ IRA rollover (see Part VIII) |
| 2. | |
| 3. | |

FINANCIAL
DISCLOSURE OFFICE

2008 MAY -8 A 10: 31

RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | SELF-EMPLOYED FREELANCE WRITING (more than $1000 from Dorothy Vand N. Logan Lewis Foundation) |
| 2. | 2007 | STIPEND, MEDICAL CENTER OF CENTRAL GEORGIA (non-profit) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Vested interest in Keogh Plan (see parts II & VIII) | E | Dividend | | | IRA rollover | 10/18 | N | A | See Part VIII |
| 3. Legg Mason Fundamental Value | C | Dividend | | | IRA rollover | 10/18 | L | | See Part VIII |
| 4. Legg Mason Short-term Inv. Grd Bd | A | Dividend | | | IRA rollover | 10/18 | K | | See Part VIII |
| 5. Legg Mason U.S. Govt Secs | A | Dividend | | | IRA rollover | 10/18 | K | | See Part VIII |
| 6. Oppen, Global Gr & Inc | C | Dividend | | | IRA rollover | 10/18 | L | | See Part VIII |
| 7. Legg Mason Agg Growth | B | Dividend | | | IRA rollover | 10/18 | K | | See Part VIII |
| 8. Legg Mason Large Cap Growth | B | Dividend | | | IRA rollover | 10/18 | K | | See Part VIII |
| 9. Salomon Bros. Capital | A | Dividend | | | IRA rollover | 10/18 | K | | See Part VIII |
| 10. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 11. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 12. Sturges Mfg., Utica, NY (common) | A | Dividend | K | W | | | | | |
| 13. Exxon (common) | A | Dividend | K | T | | | | | |
| 14. Fidelity Magellan Mutual Fund | A | Dividend | L | T | | | | | |
| 15. Fidelity Cash Reserves (money mutual fund) | A | Dividend | J | T | | | | | |
| 16. SunTrust Bank (common) | C | Dividend | L | T | | | | | |
| 17. MFS Managed Multi-St. Tax Exempt (GA) mutual fund | B | Dividend | K | T | | | | | |

1 Income Gain Codes       A =$1,000 or less        B -$1,001 - $2,500        C -$2,501 - $5,000        D -$5,001 - $15,000        E -$15,001 - $50,000
  (See Columns B1 and D4)  F -$50,001 - $100,000    G -$100,001 - $1,000,000  H1 -$1,000,001 - $5,000,000  H2 -More than $5,000,000
2 Value Codes              J -$15,000 or less       K -$15,001 - $50,000      L -$50,001 - $100,000        M -$100,001 - $250,000
  (See Columns C1 and D3)   N -$250,001 - $500,000  O -$500,001 - $1,000,000  P1 -$1,000,001 - $5,000,000  P2 -$5,000,001 - $25,000,000
                           P3 -$25,000,001 - $50,000,000                      P4 -More than $50,000,000
3 Value Method Codes       Q -Appraisal             R -Cost (Real Estate Only)  S -Assessment              T -Cash Market
  (See Column C2)           U -Book Value           V -Other                  W -Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFS Managed Mu. Bd. Trust (mutual fund) | B | Dividend | K | T | | | | | |
| 19. TIAA-CREF (see VIII) | C | Dividend | L | T | | | | | |
| 20. House and lot, Bibb County, GA | A | Rent | M | W | | | | | |
| 21. SunTrust Bank (common) | A | Dividend | J | T | | | | | |
| 22. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 23. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 24. I shares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 25. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 26. I shares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 27. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 28. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 29. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 30. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 31. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 32. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 33. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 34. The Phoenix Co. (whole life) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. The Phoenix Co. (whole life) | D | Dividend | M | T | | | | | |
| 36. SunTrust Bank CD | C | Interest | L | T | | | | | |
| 37. SunTrust Bank - money market | A | Interest | K | T | | | | | |
| 38. RLA/Chas Schwab Cust-IRA rollober | B | Int./Div. | | | rolled over | 10/18 | N | | See Part VIII |
| 39. Schwab Value Advantage | A | Interest | M | T | Buy | 12/12 | M | | See part VIII |
| 40. DFA Large Cap Int'l Port | A | Dividend | K | T | Buy | 12/12 | K | | See Part VIII |
| 41. DFA U.S. Large Cap Value | A | Dividend | K | T | Buy | 12/12 | K | | See Part VIII |
| 42. Vanguard Growth | A | Distribution | K | T | Buy | 12/12 | K | | See Part VIII |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 $5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 More than $50,000,000 | | |
| 3 Value Method Codes | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash Market | |
| (See Column C2) | U Book Value | V Other | W Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II; Part VII, lines 2-9 and Part VII, lines 38-42:      On October 18, 2007, the Keogh account reported in previous years was rolled over into a personal rollover IRA as indicated in Part II... invested in money funds and mutual funds as indicated in Part VII at lines 38-42.

Part VII, Line 19:            Teachers Ins. & Annuity Assn - College Retirement Equities Fund -- composed of annuities and common stock fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544